WILLIAM L. WATSON, Appellant, *v.* ALBERT PEARLMAN, Defendant, and 342 EAST 72ND STREET CORPORATION, Respondent.

Argued April 7, 1953; decided April 23, 1953.

*Edward K. Kennedy* and *Joseph F. Murray* for appellant.
*Harold L. Herrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., DESMOND, DYE and FULD, JJ. CONWAY and FROESSEL, JJ., dissent for the reasons stated by CALLAHAN, J., in the Appellate Division.